| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
    amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Innovative Mattress Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **03-0489720** |

4. **Debtor's address**

**Principal place of business**

**1056 Wellington Way, Suite 200**
**Lexington, KY 40511**
Number, Street, City, State & ZIP Code

**Fayette**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Kentucky**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Innovative Mattress Solutions, LLC** _____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___5511___

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **Innovative Mattress Solutions, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11.  Why is the case filed in  *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### ■  Statistical and administrative information

**13.  Debtor's estimation of available funds**  .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Innovative Mattress Solutions, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2019**
MM / DD / YYYY

**X** **/s/ Knopf Systems, LLC/Kimberly B. Knopf**          **Knopf Systems, LLC/Kimberly B. Knopf**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Laura Day DelCotto**          Date    **January 11, 2019**
Signature of attorney for debtor          MM / DD / YYYY

**Laura Day DelCotto 81763**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone    **(859) 231-5800**    Email address    **ldelcotto@dlgfirm.com**

**81763 KY**
Bar number and State

FORM 201 VOLUNTARY PETITION

<u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| SLEEP OUTFITTERS OF ALABAMA LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF INDIANA LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF KENTUCKY, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF OHIO LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF TENNESSEE LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF WEST VIRGINIA, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP LIQUIDATORS LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| BROWN IMMOBILIEN LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| KNOPF SYSTEMS, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| K. B. & ASSOCIATES, INCORPORATED<br>Eastern District of Kentucky | Affiliate | 1/11/19 |

**Fill in this information to identify the case:**

Debtor name    **Innovative Mattress Solutions, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2019**              X **/s/ Knopf Systems, LLC/Kimberly B. Knopf**
                                        Signature of individual signing on behalf of debtor

                                        **Knopf Systems, LLC/Kimberly B. Knopf**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Innovative Mattress Solutions, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tempur/Sealy/S&F** PO BOX 931855 ATLANTA, GA 31193 | | | | | | **$19,252,041.00** |
| **ACTIVE MEDIA SERVICES INC** PO BOX 844588 BOSTON, MA 02284-4588 | | | | | | **$3,883,053.00** |
| **COMFORT REVOLUTION** PO BOX 936353 ATLANTA, GA 31193-6353 | | | | | | **$346,946.35** |
| **Google Inc** Dept 33654 PO Box 39000 San Francisco, CA 94139 | | | | | | **$237,115.00** |
| **SYMBOL MATTRESS** PO BOX 6689 RICHMOND, VA 23230 | | | | | | **$205,721.88** |
| **AT&T** P O Box 6463 Carol Stream, IL 60197 | | **Internet - Utility Service** | | | | **$158,195.61** |
| **PROTECT A BED** 75 REMITTANCE DRIVE, SUITE 3005 CHICAGO, IL 60675-3005 | | | | | | **$132,423.33** |
| **RYDER TRUCK RENTAL  INC.** PO BOX 96723 CHICAGO, IL 60693 | | | | | | **$129,239.62** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Innovative Mattress Solutions, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VALASSIS COMMUNICATIONS INC 90469 COLLECTION CENTER DR CHICAGO, IL 60693** | | | | | | **$115,950.00** |
| **HIGHMARK WEST VIRGINIA PO BOX 382153 PITTSBURGH, PA 15251-8113** | | | | | | **$107,011.63** |
| **LEGGETT AND PLATT INCORPORATED PO BOX 538385 ATLANTA, GA 30353-8385** | | | | | | **$79,113.80** |
| **American Express 200 Vesey Street New York, NY 10285** | | | | | | **$60,000.00** |
| **Facebook 15161 Collections Ctr Dr Chicago, IL 60693** | | | | | | **$57,403.00** |
| **Tennessean 7950 Jones Branch Dr Mc Lean, VA 22107** | | | | | | **$53,036.00** |
| **The Courier Journal PO Box 677353 Dallas, TX 75267-7353** | | | | | | **$43,438.00** |
| **MSPARK PO BOX 848469 DALLAS, TX 75284-8469** | | | | | | **$41,679.00** |
| **ELITE REWARDS P O BOX 261147 TAMPA, FL 33685** | | | | | | **$36,964.00** |
| **ADVERTISING CONCEPTS OF AMERICA INC 233 NE THIRD AVENUE FORT LAUDERDALE, FL 33301** | | | | | | **$33,002.00** |
| **LMP WORLDWIDE LLC 4936 TECHNICAL DRIVE MILFORD, MI 48381** | | | | | | **$32,851.07** |

| Debtor | **Innovative Mattress Solutions, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arcip Horobet Arland Car Wash, LLC 10200 Elbow Bend Road Riverview FL  33578** | | **Lease expense** | | | | **$30,209.00** |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re __Innovative Mattress Solutions, LLC__ _____    Case No. _____
                                    Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF MAILING LIST MATRIX

I, the Manager of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __32__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    __January 11, 2019__ _____      __/s/ Knopf Systems, LLC/Kimberly B. Knopf__ _____
                                         **Knopf Systems, LLC/Kimberly B. Knopf/Manager**
                                         Signer/Title

I, _____**Laura Day DelCotto 81763**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __32__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    __January 11, 2019__ _____      __/s/ Laura Day DelCotto__ _____
                                         Signature of Attorney
                                         **Laura Day DelCotto 81763**
                                         **DelCotto Law Group PLLC**
                                         **200 North Upper St.**
                                         **Lexington, KY 40507**
                                         **(859) 231-5800   Fax: (859) 281-1179**

331 Graff Road, LLC
9032 Centre Boulevard
Suite 200
West Chester OH 45069


A PLUS BUILDING SERVICES
A PLUS BUILDING SERVICES
4801 INDUSTRIAL PARKWAY
INDIANPOLIS IN 46226


A T AND T
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


A-1 LOCK & SAFE CO, INC.
5983 LAUREL RIDGE DRIVE
NEWBURGH IN 47630


Aaron Ambler
Winfield Inc
915 N Jefferson Street
Lewisburg WV 24901


Active
One Blue Hill Plaza
Pearl River NY 10965


ACTIVE MEDIA SERVICES INC
PO BOX 844588
BOSTON MA 02284-4588


ADAMS WINDOW CLEANING
P O BOX 135
FAIRBORN OH 45324


ADP
P O BOX 645177
CINCINNATI OH 45264-5177


ADVERTISING CONCEPTS OF AMERICA INC
233 NE THIRD AVENUE
FORT LAUDERDALE FL 33301

Alan Hawkins
Terra Equities, LLC
3755 Corporate Woods Drive
Birmingham AL 35242


ALBERT T SUMMERS FAMILY TRUST
PO BOX 2388
CHARLESTON WV 25328


Alex Nottmeier
Neal Turner Realty
1401 Scottsville Road
Bowling Green KY 42104


ALL PRO LANDSCAPING
SNOW REMOVAL LLC
P O BOX 360762
STRONGSVILLE OH 44136


ALLIED WASTE SERVICE  993
P. O. BOX 9001099
LOUISVILLE KY 40290-1265


Amanda Anderton
N3 Real Estate
1240 N. Kimball Avenue
Southlake TX  76092


American Express
200 Vesey Street
New York NY 10285


AMERICAN HOME REALTY LLC
880 CONFERENCE DRIVE
GOODLETTSVILLE TN 37072


Andrea Lear
Greenleaf Shopping Center, Inc.
1000 E. Lexington Rd., Ste. 2
Danville KY 40422


ANDREW BUNCH
PO BOX 481
JANE LEW WV 26378

Andy Waters
Community Trust & Investment Company
100 E. Vine Street
Lexington KY 40507


Angie Rodriguez
Colliers International
523 3rd Avenue South
Nashville TN 37210


Appalachian Power
P O Box 371496
Pittsburgh PA 15250


Aqua Ohio
P O Box 1229
Newark NJ 07101


Arcip Horobet
Arland Car Wash, LLC
10200 Elbow Bend Road
Riverview FL  33578


ARROW ELECTRIC CONTRACTORS
PO BOX 36215
LOUISVILLE KY 40233


AT&T
P O BOX 9012
CAROL STREAM IL 60197


AT&T
P O Box 6463
Carol Stream IL 60197


AT&T Mobility
P O Box 6463
Carol Stream IL 60197


Bank of West
475 Sansome St 19th Floor
San Francisco CA 94111

BCN TELECOM INC
P O BOX 842840
BOSTON MA 02284-2840


BECKLEY GARBAGE DISPOSAL INC.
102 HUNT AVENUE
BECKLEY WV 25801


BEST BUY BUSINESS ADVANTAGE
ACCOUNT
P O BOX 731247
DALLAS TX 75373-1247


BEVERLY MILLER BCS
1000 KAVENAUGH LANE
LEXINGTON KY 40509


Bob Chaffins
The Webb Companies
250 West Main Street
Lexington KY 40507


Broaddata  Conference
544 Barberry Lane
Louisville KY 40206


BSM THOMPSON LANE LLC
BSM DEVELOPMENT LLC
3001 ARMORY DRIVE STE 120
NASHVILLE TN 37204


Carmelita Goldsmith
CG Commercial Real Estate, Inc.
PO BOX 99816
Louisville KY 40269


Carolyn Paladino
New Plan Property Holding Co
4737 Collections Center Drive
Chicago IL 60693


Carter Miller
The Webb Companies
250 W Main Street, Suite 3000
Lexington KY 40507

Cartesian
9241 LBJ Freeway
Dallas TX 75243


CAVIN P M CLARKSVILLE LLC
6204 MAPLETON COURT
BRENTWOOD TN 37027


Chad Evans
Evans Property Management, LLC
2003 Eastern Parkway, Ste 1
Louisville KY  40204


Chad Voelkert
Laurie 1025, LLC
404 Greenbriar Rd
Lexington KY 40503


Chad Voelkert
TATM I, LLC
811 Corporate Dr. Suite 101
Lexington KY 40503


CHALFANT INDUSTRIES INC
PO BOX 1072
NEW ALBANY IN 47151


Charlie Nicklies
Nicklies Development
6060 Dutchmans Lane, Suite 110
Louisville KY 40205


Chelsea Maher
Shannon Waltchack Management, LLC
1616 2nd Avenue South, Suite 100
Birmingham AL 35233


Cheri McMullin
Jordan Enterprises, Inc.
400 Old Vine Street
Lexington KY 40507


CHICAGO MATTRESS COMPANY
4107 WEST KINZIE
CHICAGO IL 60624

CINTAS CORPORATION   311
PO BOX 630921
CINCINNATI OH 45263-0921


CITY OF ASHLAND
ATTN: BUSINESS LICENSE
P.O. BOX 1839
ASHLAND KY 41105


CITY OF ATHENS (OHIO)
8 E WASHINGTON STREET
ATHENS OH 45701


CITY OF BARBOURSVILLE (BUS TAX)
BUSINESS TAX DEPARTMENT
P O BOX 266
BARBOURSVILLE WV 25504-0266


City of Bardstown
220 N. Fifth Street
Bardstown KY 40004


CITY OF BECKLEY
P O BOX 2514
BECKLEY WV 25802


CITY OF BECKLEY
RECORDER - TREASURER
DRAWER AJ
BECKLEY WV 25802-2832


CITY OF BRIDGEPORT
CITY TREASURER'S OFFICE
PO BOX 1310
BRIDGEPORT WV 26330


CITY OF CHARLESTON
TAXES AND FEES
P O BOX 7786
CHARLESTON WV 25356


CITY OF COOKEVILLE (CUSTOMER SVC)
CUSTOMER SERVICE DEPARTMENT
P O BOX 998
COOKEVILLE TN 38503

```
CITY OF FAIRMONT WATER DEPT
WATER DEPARTMENT
P O BOX 1428
FAIRMONT WV 26555


City of Huber Heights
P O Box 24099, Huer Heights, OH
Huber Heights OH 45424


CITY OF MARION - UTILITY BILLING
UTILITY BILLING DEPARTMENT
233 W CENTER STREET
MARION OH 43302


City of Medina
P O Box 703
Medina OH 44258


CITY OF MOUNDSVILLE
P.O. BOX E
MOUNDSVILLE WV 26041-0955


CITY OF NEW MARTINSVILLE
BUSINESS DIVISION
191 MAIN STREET
NEW MARTINSVILLE WV 26155


City of Paducah
City of Paducah
P.O. Box 2697
Paducah KY 42002-2697


City of Paducah Finance Dept
City of Paducah Finance Dept
PO Box 90
Paducah KY 42002-0090


CITY OF PRINCETON
100 COURTHOUSE ROAD
B&O TAXES
PRINCETON WV 24740


CITY OF STOW
P O BOX 3650
AKRON OH 44309
```

Clarksville Wastewater Treatment
Box 2668
Clarksville IN 47131


Columbus Income Tax Division
Columbus Income Tax Division
P.O. Box 182439
Columbus OH 43218-2439


Com Cast
P O Box 530098
Atlanta GA 30353


Comdata
5301 Maryland Way
Brentwood TN 37027


COMFORT REVOLUTION
PO BOX 936353
ATLANTA GA 31193-6353


COMPMANAGEMENT INC.
P O BOX 89456
CLEVELAND OH 44101-6456


Connie Woodall
McShurley Enterprises, LLC
126 N. Maple St.
Somerset KY 42501


COOL SPRINGS MARKET
PO BOX 743806
ATLANTA GA 30374-3810


CRYSTAL AND HINCKLEY SPRINGS
P.O. BOX 660579
DALLAS TX 75266


CULLIAN CINCINNATI OH
10860 MILLINGTON COURT
CINCINNATI OH 45242


CULLIGAN OF CLEVELAND
4722 SPRING ROAD
BROOKLYN HEIGHTS OH 44131-1027

CULLIGAN OF EVANSVILLE
377 FUQUAY ROAD
CHANDLER IN 47610


D AND B LAND COMPANY
COLLIERS INTERNATIONAL
PO BOX 22149
NASHVILLE TN 37202


D.O.E.S.
P.O. BOX 1259
Akron OH 44309


Daniel Smith
Smith - Lindsey Development
12237 Ansley Court
Knoxville TN  37902


DAUENHAUER PLUMBING INC.
3416 ROBARDS CT
LOUISVILLE KY 40218


David R. Graves
Cypress Property Group, LLC
270 South Limestone
Lexington KY 40508


Dayton Power and Light Company
P O Box 740598
Cincinnati OH 45274


DCO LLC
129 W. JOHN ROWAN BLVD.
BARDSTOWN KY 40004


DE LAGE LANDEN
P O BOX 41602
PHILADELPHIA PA 19101-1602


Del Renfroe
WHITE REACH DEVELOPMENT
201 W Short Street
Lexington KY  40507

Delbert Renfroe
Reach NNN-IMS I LLC
201 West Short Street
Lexington KY 40507


DIRECT ENERGY
P O BOX 70220
PHILADELPHIA PA 19176-0220


Dominion Energy ( Dominion East Ohio)
P O Box 26785
Richmond VA 23261-6785


DOWNTOWN DETAILZ
P O BOX 910423
LEXINGTON KY 40591


Dr. Bruce Irwin
Hampton Cove, LLC
2147 Riverchase Office Rd.
Hoover AL 35244


Duke Energy
P O Box 1326
Charlotte NC 28201


DYNAMIC GRAPHICS LLC
329 6TH AVENUE
SO CHARLESTON WV 25303


ELITE REWARDS
P O BOX 261147
TAMPA FL 33685


ENSO/ENSP MU VENDOR
PO BOX 602637
CHARLOTTE NC 28260-2637


Erin Hall
Community Trust & Development
100 E. Vine St.Ste 501
Lexington KY 40507

EXPRESS EMPLOYMENT SERVICES
P O BOX 535434
ATLANTA GA 00303


F C WINDOW CLEANING
F C WINDOW CLEANING
6404 STATE ROUTE 555
LITTLE HOCKING OH 45742


Facebook
15161 Collections Ctr Dr
Chicago IL 60693


FASHION BED GROUP
L& P FINANCIAL SERVICE
P O BOX 952092 MAIN POST OFFICE
ST LOUIS MO 63195-2092


Fayette County BOE
Fayette County Public Schools
Tax Collection Office
P.O. Box 55575
Lexington KY 40555-5575


Fayette County PVA
Fayette County PVA
101 E Vine Street, Phoenix Bldg, Suite 6
Lexington KY 40507


FLOORBOARD LLC
1605 SW WESTWOOD DRIVE
PORTLAND OR 97239


FLT REALTY GROUP
2916 FRANKFORT AVENUE
LOUISVILLE KY 40206


Foch St., LLC
c/o Robin M. McNabb
Wise & Reeves, P.C.
625 S. Gay St., Ste 160
Knoxville TN 37902


Frontier
P O Box 740407
Cincinncati OH 45274

GABBARD SIGNS INC
917 HIGHWAY 3447
MC KEE KY 40447


GADSDEN WATER WORKS & SEWER BOARD
SEWER BOARD
P O BOX 800
GADSDEN AL 35902


GARBER ELECTRICAL CONTACTORS INC
100 ROCKRIDGE ROAD
ENGLEWOOD OH 45322


GBS Warranty Dealer
1006 E. Maple Street
Sutton NE 68979


GEMINI RETAIL CENTER
COLLIERS INT DEPT 8502-07
P O BOX 181300
FAIRFIELD OH 45018


GEMINI RETAIL CENTER OUTLOT III LLC
DEPT. 8502-07
P.O. BOX 181300
FAIRFIELD OH 45018-1300


Genesis
15220 NW Greenbriar Parkway Suite 200
Beaverton OR 97006


George Sirk
Valley Road Properties, LLC
821 Broadway
Paducah KY  42001


GETGO INC
P O BOX 50264
LOS ANGELES, CA 90074-0264


Google Inc
Dept 33654
PO Box 39000
San Francisco CA 94139

```
GREER LAND CO  SMYRNA 2 LLC
PO BOX 54465
LEXINGTON KY 40555


GREER LAND CO SMYRNA 2 LLC
PO BOX 54465
LEXINGTON KY 40555


Gregory L. Stewart
Ohio County Development Authority
546 Cabela Drive
Triadelphia WV 26059


GUARDIAN LIFE INSURANCE
P O BOX 677458
DALLAS TX 75267-7458


HARBERT REALTY SERVICES
JAMIE MORAN  ACCOUNTANT
2 NORTH 20TH ST  SUITE 1700
BIRMINGHAM AL 35203


Harrison County Assessor's Office
Harrison County Assessor's Office
301 W. Main Street
Clarksburg WV 26301


HIGHBRIDGE SPRING WATER
P O BOX 100
3820 HIGHBRIDGE ROAD
WILMORE KY 40390


HIGHBRIDGE SPRINGS
125 JEANNETTE AVENUE
FRANKFORT KY 40601


HIGHMARK WEST VIRGINIA
PO BOX 382153
PITTSBURGH PA 15251-8113


HOMTEX INC
2125 2ND AVENUE SW
CULLMAN AL 35055
```

HOMTEX INC.
2125 2ND AVENUE SW
CULLMAN AL 35055


HOPKINS PROPERTIES
OF KENTUCKY LLC
2088 BRIDGEPORT DRIVE
LEXINGTON KY 40502


Illuminating Company
P O Box 3638
Akron OH 44309


IMPRESSIONS PRODUCTS INC.
129 DUTCH RD.
CHARLESTON WV 25302


Indiana American Water
P O Box 3827
Milwaukee WI 53201


INLAND AMERICAN RETAIL MANAGEMENT LLC
33012 COLLECTION CENTER
CHICAGO IL 60693-0033


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Jackson County PVA
Jackson County PVA
P. O. Box 249
Mc Kee KY 40447


Jackson County Sheriff
Jackson County Sheriff
Paul Hays
PO Box 426
Mc Kee KY 40447


Jackson Purchase Power
P O Box 4030
Paducah KY 42002

James Scudiere
NEW OWNERSHIP


Jay McShurley
McShurley Enterprises, LLC
126 N. Maple St.
Somerset KY 42501


Jeanne Butz
Macerich
320 West Kimberly Road
Davenport IA 52806


Jeff England
Rosenstein Developement
343 Waller Avenue, Suite 100
Lexington KY 40504


JEFF PAULEY
1520 FENTON CIRCLE
NITRO WV 25143


Jeffersonville Sewer Dept
P O Box 1588
Jeffersonville IN 47131


Jim Stadler
Bellevue Properties, LP
3309 Fairmont Drive
Nashville TN 37203


JMI
One Blue Hill Plaza
Pearl River NY 10965


John Hoyer
Brixmor Property Group
953 Hempstead Rd
Cincinnati OH 45230


K W FINLEY LLC
19 LAKE FOREST BLVD
HUNTSVILLE AL 35824

K W PUTMAN LLC
19 LAKE FOREST BLVD  SW
HUNTSVILLE AL 35824


K W TUCKER LLC
19 LAKE FOREST BLVD
HUNTSVILLE AL 35824


Kanawha County Assessor
Kanawha County Assessor
409 Virginia St. E.
Charleston WV 25301


KARNIS SAFE AND LOCK CO. INC.
3590 CARNEGIE AVENUE
CLEVELAND OH 44115-2612


Kentucky American Water
P O Box 790247
St. Louis MO 63179


Kentucky Department of Revenue
Legal Support Branch
PO Box 5222
Frankfort KY 40602


Kentucky Secretary of State
Office of the Secretary of State - Filin
700 Capital Ave
P.O. Box 718
Frankfort KY 40602


KENTUCKY WINDOW CLEANING
PO BOX 24039
DAYTON OH 45424


Kim Hodge
Interstate Development
2151 Volunteer Parkway
Bristol TN 37620


Kim Polacco
RAEM Alabama, LLC
PO Box 807,
Oakhurst NJ  07755

KLAUSSNER HOME FURNISHINGS
405 Lewallen Rd
Asheboro NC 27205


KNIGHTHORST SHREDDING LLC
P O BOX 424
BRENTWOOD TN 37024


KOMAX BUSINESS SYSTEMS
500 D STREET
SOUTH CHARLESTON WV 25303


KOORSEN FACILITIES MANAGEMENT (KFM)
2801 N CATHERWOOD AVENUE
INDIANAPOLIS IN 46219


KROGER CENTER MOREHEAD LLC
THE SHOPPING CENTER GROUP
300 GALLERIA PKWY 12TH FLOOR
ATLANTA GA 30339


KU
P O Box 9001054
Louisville KY 40290


KU
P O Box 14242
Lexington KY 40512-4242


LABOR FINDERS OF TENNESSEE INC
LABOR FINDERS (HUNTSVILLE)
P O BOX 219
MADISON TN 37116


LABOR WORKS OF LEXINGTON
P O BOX 17187
LOUISVILLE KY 40217


Lance Johnson
Baker Storey McDonald
3001 Armory Drive
Nashville TN 37204

LBUBS 2005 C2 MIAMISBURG COMPLEX LLC
C/O CASSIDY TURLEY
4678 WORLD PARKWAY CIRCLE
ST LOUIS MO 63134


LEE COMPANY
P O BOX 306053
NASHVILLE TN 37230


LEGGETT AND PLATT INCORPORATED
PO BOX 538385
ATLANTA GA 30353-8385


Lendpro
935 2nd St SE Bldg B 510
Charlottesville VA 22902


Lexington Fayette Urban Co Gov
P O Box 34090
Lexington KY 40588


Lexington Herald
PO Box 510118
Livonia MI 48151-0118


Lexington-Fayette UCG
Lexington-Fayette Urban County Governmen
Division of Revenue
P.O. Box 14063
Lexington KY 40517


LG&E
P O Box 9001960
Louisville KY 40290-1060


LG&E
P O Box 35590
Louisville KY 40232


Lindsay Emmerich
McAnly Commercial Properties
1000 E. Lexington Rd.
Danville KY 40422

```
Listrak
100 West Millport Road
Lititz PA 17543


LMP WORLDWIDE LLC
4936 TECHNICAL DRIVE
MILFORD MI 48381


London Utility Commission
P O Box 918
London KY 40743


Louisville Water Company
550 South Third Street
Louisville KY 40202


LOWES HOME CENTER
P.O. BOX 530970
ATLANTA GA 30353


LUSK DISPOSAL
P O BOX 300
BLUEFIELD WV 24701


Lynda Hall, ACA ACTA
Madison County Tax Collector
100 Northside Square
Huntsville AL 35801


MAGENTO
P O BOX 204105
DALLAS TX 75320


MALOUF
1525 WEST 2960 SOUTH
LOGAN UT 84321


Marilyn Fralix
Black Swan Investors, LLC
250 W Main Street, Suite 3000
Lexington KY 40507
```

McCracken County PVA
McCracken County PVA
621 Washington St., Courthouse Annex
Paducah KY 42003


MCMF Properties, LLC
c/o Charles E. Baverman III, Esq.
Dinsmore & Shohl LLP
255 E. Fifth St., Ste 1900
Cincinnati OH 45202


Metro Benefits
8150 Perry Highway Suite 311
Pittsburgh PA 15237


METROPOLITAN TRUSTEE
PERSONALTY TAX DEPT
P O BOX 305012
NASHVILLE TN 37230


Michelle Spence
The Pines Center, LLC
553 East Main Street
Bowling Green KY  42101


Mindy Jump
Wellington Way, LLC
148 Malabu Drive
Lexington KY 40503


Mitel (ShoreTel)
28760 Network Place
Chicago IL 60673


Moment Feed
1540 2ND Street 3rd floor
Santa Monica CA 90401


MOMENTFEED INC
1540 2ND STREET, STE 302
SANTA MONICA CA 90401


MOREHEAD ENTERPRISES
TARKINGTON COMPANY
1705 DIVISION STREET
NASHVILLE TN 37203

```
MSPARK
PO BOX 848469
DALLAS TX 75284-8469


Nancy Levin
Military Partners, LLC
736 Thimble Shoals Blvd.
Newport News VA 23606


NATIONAL PLAZA
NAVID NIAKOSSARY
12985 US HWY 431
GUNTERSVILLE AL 35976


Navid Niakossary
National Properties
12985 US HWY 431
Guntersville AL 35976


NCOMPASS NETWORKS
4 STONECREST DRIVE
HUNTINGTON WV 25701


NEC FINANCIAL SERVICES LLC
24189 NETWORK PLACE
CHICAGO IL 60676-1241


New Albany Municipal Utilities
P O Box 909
New Albany IN 47151


NEW ALBANY PLAZA LLC
GJ REALTY
49 WEST 37TH STREET 9TH FLOOR
NEW YORK NY 10018-6257


NEW YORK LIFE INSURANCE
ATTN: THERESA KUHLMANN
P O BOX 500
MINNEAPOLIS MN 55440


Nicholas Gines
Sandstone Equities, LLC
2810 Camino Del Rio South
San Diego CA  92108
```

Nick Patel
Turkey Creek Hospitality, LLC
6324 Papermill. NW
Knoxville TN 37919


Nicole Gauntt
Publix Super Markets, Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811


OCCUPATIONAL HEALTH CENTER  (OK)
P O BOX 75388
OKLAHOMA CITY OK 73147-0388


Office of the Fayette County Sheriff
Office of the Fayette County Sheriff
PO Box 34148
Lexington KY 40588-4148


Ohio Department of Taxation
Ohio Department of Taxation
Attn: Business Compliance Division
PO Box 2678
Columbus OH 43216-2678


Ohio Edison
P O Box 3687
Akron OH 44309


OHIO WINDOW CLEANING INC
PO BOX 24039
Dayton OH 45424


Orwell Natural Gas
95 E Main Street
Orwell OH 44076


Owensboro Municipal Utilities
2070 Tamarack Road
Owensboro KY 42302


Patty Chambers
TSM Ventures. Inc.
301 N. Neil St, #400
Champaign IL 61820

Paul Farabaugh
PBFBSH 3 SO KINGSPORT, TN A, LLC
851 Debeau Drive
Tupelo MS  38804


Paul Reulbach
Weston Inc
4760 Richmond Road, Suite 200
Warrensville Heights OH 44128


PENSKE TRUCKING LEASING CO
P O BOX 827380
PHILADELPHIA PA 19182


PEOPLEREADY INC
PO BOX 641034
PITTSBURGH PA 15264-1034


Peoples Gas
P O Box 645345
Pittsburgh PA 15253


Pitney Bowes
210 East Reynolds Road
Lexington KY 40517


Progressive
256 West Data Drive
Draper UT 84020


PROTECT A BED
75 REMITTANCE DRIVE, SUITE 3005
CHICAGO IL 60675-3005


PUBLIX SUPER MARKETS INC
ATTN:  PAYMENT PROCESSING
PO BOX 32010
LAKELAND FL 33802-2010


Putnam County Assessor
Putnam County Assessor
12093 Winfield Road, Ste 3
Winfield WV 25213

QX Net
2659 Regency Rd, Ste 130
Lexington KY 40503


R. Stephen Reach
WHITE REACH DEVELOPMENT
201 W Short Street
Lexington KY 40507


RALEIGH COUNTY SHERIFF
ATTN  TREASURER OFFICE
215 MAIN STREET
BECKLEY WV 25801


Randall Calhoun
Willow Oak LLC
1190 Wilderness Dr.
Cropwell AL 35054


RCI SERVICES
8425 STATION STREET
STE B
MENTOR OH 44060


RCI SERVICES INC
8425 STATION STREET
STE B
MENTOR OH 44060


REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE KY 40290-1099


RINI MARYSVILLE CORP
WESTPOINT CORPORATE CENTER
924 WESTPOINT PKWY SUITE 150
WESTLAKE OH 44145


RITA
RITA
P.O. Box 94598
Cleveland, OH 44101-4598

RJ YOUNG
ROBERT J YOUNG COMPANY
P O BOX 41500
NASHVILLE TN 37241-7511


Robert McGuinness
Kite Realty Group
30 South Meridian St
Indianapolis IN 46204


Robin Stanley
Brixmor
450 Lexington Ave Floor 13
New York NY 10017


ROSEMONT COMMONS DELAWARE LLC
INC.
P. O. BOX 643802
CINCINNATI OH 45264-3802


Rumpke Consolidated Company
P O Box 538710
Cincinnati OH 45253


Russell Gay
BRG East, LLC
PO Box 2472
Clarksville IN 47131-2472


RYDER TRUCK RENTAL  INC.
PO BOX 96723
CHICAGO IL 60693


Sandra Akins
Monarch Investment
4828 Ashford Dunwoody Road
Atlanta GA 30338-4833


SANDSTONE EQUITIES LLC
LEAF AND COLE LLP
1843 HOTEL CIRCLE SOUTH STE 300
SAN DIEGO CA 92108


SCOTCH REAL ESTATE INS COMPANY INC
110 SCOTCH DRIVE SUITE 101
BIRMINGHAM AL 35242

Sean Turner
Hogan Real Estate
9300 Shelbyville Road
Louisville KY  40222


SEE CLEARLY NOW!
SEE CLEARLY NOW
P O BOX 143
BELINGTON WV 26250


Sheriff & Treasurer of Harrison County
Sheriff & Treasurer of Harrison County
Robert Matheny
301 West Main Street
Clarksburg WV 26301


Sheriff of Kanawha County
Sheriff of Kanawha County
Tax Division
409 Virginia Street E Room 120
Charleston WV 25301-2595


SHERIFF OF MONONGALIA COUNTY
TAX OFFICE
243 HIGH STREET
MORGANTOWN WV 26505-5492


Sheriff of Putnam County
Sheriff of Putnam County
236 Courthouse Dr., Suite 8
Winfield WV 25213


Shimon Eckstein
BGP ECKSTEIN, LLC
60 Broad Street
New York NY  10004


SHIP PAQ
3845 PORT UNION ROAD
FAIRFIELD OH 45014


Smith-Lindsey Development
c/o T. Kenan Smith, Esq.
PO Box 869
Knoxville TN 37901

Smyrna Utilities
P O Box 290009
Nashville TN 37229


SONITROL
3166 CUSTER DRIVE
LEXINGTON KY 40517


Southern Public Service
P O Box 40
Milton WV 25541


SOUTHLAND PRINTING COMPANY. INC.
1079 MAJAUN ROAD
LEXINGTON KY 40511


SPRINGHURST PARTNERS LLC
P.O. BOX 643946
CINCINNATI OH 45264-3946


Stacy Dorsey
Chase Properties
3333 Richmond Rd, Suite: 320
Beachwood OH 44122


Steve Reach
White/Reach Development
201 W. Short St.
Lexington KY 40507


SUNDANCE PROPERTIES
CO  FRANK SCHILLECI
3081 LORNA ROAD  SUITE 111A
HOOVER AL 35216


SYMBOL MATTRESS
PO BOX 6689
RICHMOND VA 23230


TATE SERVICES
P O BOX 18867
HUNTSVILLE AL 35804

Taylor Reynolds
Publix Super Markets Inc
3300 Publix Corporate Pkwy
Lakeland FL 33811


Tempur Pedic North America, LLC
and Sealy Mattress Company
1000 Tempur Way
Lexington KY 40511


Tempur/Sealy/S&F
PO BOX 931855
ATLANTA GA 31193


Tennessean
7950 Jones Branch Dr
Mc Lean VA 22107


TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE BUILDING
NASHVILLE TN 37242


TERMINIX PROCESSING CENTER
22 REILLY ROAD
SUITE 700
FRANKFORT KY 40601


TERMINIX PROCESSING CENTER
P O BOX 742592
CINCINNATI OH 45274-2592


Terry Carter
Douglas Loop Station LLC
7909 Farm Spring Drive
Prospect KY 40059


The Courier Journal
PO Box 677353
Dallas TX 75267-7353


The Illuminating Company
P O Box 3638
Akron OH 44309

TIME WARNER CABLE
BOX 223085
PITTSBURGH PA 15251-2085


Town of Anmoore
Tax Collector, Town of Anmoore
P.O. Box 178
Anmoore WV 26323


TOWN OF GRANVILLE
RECORDER'S OFFICE
P O BOX 119
GRANVILLE WV 26534


Tracy Hunter
VOW, LLC
3100 Lorna Road, Suite 100
Hoover AL 32216


TRI STATE CROSSINGS LLC
C/O WHARTON REALTY GROUP, INC.
8 INDUSTRIAL WAY EAST 2ND FLR
EATONTOWN NJ 07724


ULINE
P O BOX 88741
CHICAGO IL 60680-1741


ULTIMATE LAWN CARE  INC.
2432 LIBERTY ROAD
LEXINGTON KY 40509


United Bank
500 Virginia Street East
Charleston WV 25301


Valassis
19975 Victor Parkway
Livonia MI 48152


VALASSIS COMMUNICATIONS INC
90469 COLLECTION CENTER DR
CHICAGO IL 60693

Vectren Energy Delivery
P O Box 209
Evansville IN 47702


Vectren Energy Delivery
P O Box 6262
Indianapolis IN 46206


VOW LLC
CHASE COMMERCIAL REAL ESTATE
PO BOX 18153
HUNTSVILLE AL 35804


WAGEWORKS, INC
P O BOX 870725
KANSAS CITY MO 64187


WASTE MANAGEMENT
P O BOX 9001054
LOUISVILLE KY 40290


Waste Management
P O Box 13648
Phildelphia PA 19101


WASTE MANAGEMENT KENTUCKY LLC
LOUISVILLE HAULING
PO BOX 9001054
LOUISVILLE KY 40290-1054


Waste Management of KY
P O Box 9001054
Louisville KY 40290


WASTE MANAGEMENT OF WV
WEST VIRGINIA INC
P O BOX 13648
PHILADELPHIA, PA 19101-3648


Wayne & Kay Koswoski
K&W Putman LLC
19 Lake Forest Blvd SW
Huntsville AL 35824

WBOY TV INC.
P. O. BOX 11848
CHARLESTON WV 25339-1848


West Creek
4951 Lake Brook Dr Ste 350
Glen Allen VA 23060


WEST PAYMENT CENTER
PAYMENT CENTER
P O BOX 6292
CAROL STREAM IL 60197-6292


West Virginia Division of Labor
Bedding & Upholstery
1900 Kanawha Blvd East
State Capitol Complex   Building 3, Room
Charleston WV 25305


West Virginia Secretary of State
Office of the Secretary of State
State Capitol Building
Charleston WV 25305


West Virginia State Tax Department
State of West Virginia
State Tax Department
P.O. Box 1826
Charleston WV 25327-1826


WESTGATE MALL LLC
3637 SOLUTIONS CENTER
CHICAGO IL 60677-3006


WESTON  INC.
4760 RICHMOND ROAD
SUITE 200
CLEVELAND OH 44128


WGKS-FM
SUITE 301
LEXINGTON KY 40507


Whitehall Public Service
3247 Fairmont Ave
Fairmont WV 26554

William G. Sanders
Fedmen LLC
1927 1st Ave N. 5th Floor
Birmingham AL 35203


WILLOW OAK LLC
2552 HIGHWAY 31 S
PELHAM AL 35124


Winchester Municipal Utilties
P O Box 4177
Winchester KY 40392


WINDOW CLEANING SPECIALISTS
DIV OF KOZOIVICH ENTERPTISES,INC
4067 ERIE ST.
WILLOUGHBY OH 44094


WOWK TV
904 WEST PIKE STREET
CLARKSBURG WV 26301


WV American Water
P O Box 790247
St. Louis MO 63179


WVVA TELEVISION  INC.
3052 BIG LAUREL HIGHWAY
BLUEFIELD WV 24701


XTRA LEASE
P O BOX 219562
KANSAS CITY MO 64121-9562


ZOHO
4141 Hacienda Drive
Pleasanton CA 94588

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Innovative Mattress Solutions, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Innovative Mattress Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Knopf Systems, LLC 100%**

☐ None [*Check if applicable*]

**January 11, 2019**

Date

**/s/ Laura Day DelCotto**

**Laura Day DelCotto 81763**

Signature of Attorney or Litigant

Counsel for **Innovative Mattress Solutions, LLC**

**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800 Fax:(859) 281-1179**
**ldelcotto@dlgfirm.com**