UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| INNOVATIVE MATTRESS SOLUTIONS, LLC | CASE NO. 19-50042 |
| SLEEP OUTFITTERS OF ALABAMA LLC | CASE NO. 19-_____ |
| SLEEP OUTFITTERS OF INDIANA LLC | CASE NO. 19-_____ |
| SLEEP OUTFITTERS OF KENTUCKY, LLC | CASE NO. 19-_____ |
| SLEEP OUTFITTERS OF OHIO LLC | CASE NO. 19-_____ |
| SLEEP OUTFITTERS OF TENNESSEE LLC | CASE NO. 19-_____ |
| SLEEP OUTFITTERS OF WEST VIRGINIA, LLC | CASE NO. 19-_____ |
| SLEEP LIQUIDATORS LLC | CASE NO. 19-_____ |
| BROWN IMMOBILIEN LLC | CASE NO. 19-_____ |
| KNOPF SYSTEMS, LLC | CASE NO 19-_____ |
| K. B. & ASSOCIATES, INCORPORATED | CASE NO. 19-_____ |
| DEBTORS IN POSSESSION | CHAPTER 11 |
| | (JOINT ADMINISTRATION REQUESTED) |

**DEBTORS' MOTION FOR AN ORDER APPROVING
JOINT ADMINISTRATION OF THE CHAPTER 11 CASES**

Come Innovative Mattress Solutions, LLC and its affiliated debtors and debtors in possession (the "Debtors"), by counsel, and pursuant to Fed. R. Bankr. P. 1015(b), respectfully request that the Court enter an order authorizing the joint administration of the Debtors' above-captioned chapter 11 cases under the lead case of Innovative Mattress Solutions, LLC, Case No. 19-50042. In support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1. On January 11, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief with this Court under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy

Code"). The Debtors are operating their businesses as debtors and debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.    This Court has jurisdiction over these Chapter 11 cases under 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

3.    The Debtors are Delaware limited liability companies other than K. B. & Associates, Incorporated and Mattress Warehouse of Ashland, Inc. which are West Virginia corporations. Debtor Innovative Mattress Solutions, LLC maintains its principal business location in Lexington, Kentucky. The other Debtors are affiliates of Innovative Mattress Solutions, LLC. Accordingly, venue for the Debtors' Chapter 11 cases is proper in this District under 28 U.S.C. § 1408 and 1409.

4.    No trustee or examiner has been appointed in this Chapter 11 case, and no creditors' committee or other official committee has been appointed. The Debtors are seeking to be jointly administered under the lead case of Innovative Mattress Solutions, LLC.

## BACKGROUND

5.    Debtors' founding dates back to 1983, when the first mattress store was opened in Charleston, West Virginia through the formation of K. B. & Associates, Inc., a West Virginia corporation ("KB&A"). KB&A was successful in its initial store location, bought real property in Winfield, West Virginia as an office and warehouse, and began to expand with other leased store locations in West Virginia as well as expanding into the areas of Ohio and Kentucky which border West Virginia. In the early 2000s, as sales continued to grow and expansion opportunities continued, numerous additional entities were formed, each a Delaware LLC:

    a. Debtor Innovative Mattress Solutions, LLC ("iMS") was formed in October 2002 and has functioned as the single entity which purchases and owns all of the inventory across all locations. It is the primary "corporate office" entity, and employs the executive and other team members overseeing HR, operations,

      finance, marketing, delivery and other general and administrative functions. iMS previously operated out of the KB&A Winfield West Virginia offices, but moved its corporate headquarters to Lexington, Kentucky in 2015. iMS is 100% owned by Debtor Knopf Systems, LLC.

      b.  Debtor Knopf Systems, LLC was formed in March 2001, owns all of the intellectual property used in the operations, and is the 100% member/owner of iMS. Debtors currently operate their retail and online sales under the trade names of Sleep Outfitters®, Mattress Warehouse®, and Mattress King, two of which are trademark-protected and registered. Knopf Systems is owned 70% by Kim Knopf and 15% each by trusts set up in 2002 for the benefit of her two now-adult children.

      c.  Debtor "Sleep Liquidator" LLC and each of the six Debtor "Sleep Outfitters®" LLCs were formed as the operations expanded into different states. Each is a Delaware LLC, and five of the six essentially function as an operating company without assets but for the real estate leases for the retail locations.

Following the creation of the expanded corporate structure, Debtors continued to successfully and profitably grow and expand, including surviving the "Great Recession" of 2008-09. Gross sales and EBITDA continued to increase year over year, with 2015 being the most profitable year in the history of operations, with approximately $146 million in gross sales and EBITDA of over $8 million.

    6.    Debtors currently operate a total of 142 retail locations and 6 distribution centers, have a growing online sales volume, and also sell and deliver mattresses to over 100 universities during the annual back-to-school period. As of the Petition Date, Debtors collectively have approximately 400 employees, all of whom are based across the states where Debtors operate.

    7.    In 2016, Debtors embarked upon further expansions which were, in hindsight, poorly timed in relation to several other events in the overall market. The national mattress market has suffered along with the general brick-and-mortar retail market.

    8.    As further described in the Declaration of Kimberly B. Knopf, Debtors have undertaken numerous initiatives to grow revenues and cut costs in an effort to improve overall

profitability. While these investments of time and capital are beginning to show improved results, liquidity recently reached a point where rents and other costs were unable to be timely paid, which has led to recent disruptions in operations. More information is contained in the Declaration of Kimberly B. Knopf and each Motion filed in these proceedings.

9. In order to maximize the values for all stakeholders, Debtors have determined that a going concern chapter 11 process will produce the best outcome for the benefit of all creditors and equity holders.

**RELIEF REQUESTED**

10. Debtors respectfully request entry of an order authorizing the joint administration of their Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) for procedural purposes. Debtors believe that joint administration would allow the cases to proceed more efficiently.

11. This Court may order the joint administration of the estates of a debtor and an affiliate pursuant to Fed. R. Bankr. P. 1015(b), which provides in relevant part that "[i]f . . . two or more petitions are pending in the same court by . . . a debtor and an affiliate, the court may order a joint administration of the estates."

12. Innovative Mattress Solutions, LLC is wholly owned by Knopf Systems, LLC which is owned in majority by Kimberly Knopf. All of the single-member limited liability companies[1] have common ownership with Kimberly Knopf as the sole member and manager. Ms. Knopf is also the majority shareholder in K. B. & Associates, Incorporated, the original legacy company founded in 1983. The Declaration of Ms. Knopf filed herewith further explains

---

[1] The following limited liability companies have Mrs. Knopf as the sole manager and member: Sleep Outfitters of Alabama LLC, Case No. 19-5____; Sleep Outfitters of Indiana LLC, Case No. 19-5____; Sleep Outfitters of Kentucky, LLC, Case No. 19-5____; Sleep Outfitters of Ohio LLC, Case No. 19-5____; Sleep Outfitters of

4

the corporate structure and interconnectedness of the overall operations. Debtors operate as part of an integrated business with common ownership and control, and share financial and operational systems. Joint administration is warranted as that term is used in 11 U.S.C. § 101(2) and Fed. R. Bankr. P. 1015(b).

13. Joint administration of the Debtors' Chapter 11 cases is appropriate because the Debtors and other parties will be filing numerous pleadings and applications that will affect each of the Debtors' cases equally, and joint administration will reduce the amount of duplicate pleadings and notice that will be filed and served. It will promote efficiency and will ease the administrative burdens on the Court, as well as all parties in interest. Joint administration of these cases will promote the economical, efficient, and convenient administration of the cases for the benefit of all parties.

14. Creditors' and other constituencies will not be adversely affected by the joint administration of these cases, as the intent of this Motion is for administrative ease and procedural purposes only, and is not intended to affect substantive rights. Joint administration will not affect any party's substantive rights. To the extent that proofs of claim are required to be filed, each creditor will be entitled to file a claim against the particular Estate as applicable. Finally, supervision of the administrative aspects of these Chapter 11 cases by the Court and the Office of the United States Trustee will be simplified.

15. As Debtor Innovative Mattress Solutions, LLC is the main operating entity of this affiliated group of entities, should the Court grant this Motion and authorize the Debtors' cases to be jointly administered, Debtors request that the Court order the case of Innovative Mattress

---

Tennessee LLC, Case No. 19-5____;  Sleep Outfitters of West Virginia, LLC; Sleep Liquidators LLC, Case No. 19-5____; and Brown Immobilien LLC, Case No. 19-5____.

Solutions, LLC Case No. 19-50042, to be the "lead case" for purposes of proceedings herein, under a consolidated case caption as set forth in the attached proposed order.

WHEREFORE, Debtors and each of them respectfully request that the Court enter an order: (1) authorizing the joint administration of the Debtors' bankruptcy cases under the lead case caption of Innovative Mattress Solutions, LLC; (2) setting forth any necessary and related filing procedures; and (3) granting the Debtors such other and further relief as the Court deems just and proper.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto
KY Bar No. 81763
Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)