UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| INNOVATIVE MATTRESS SOLUTIONS, LLC | CASE NO. 19-50042 |
| SLEEP OUTFITTERS OF ALABAMA LLC | CASE NO. 19-50043 |
| SLEEP OUTFITTERS OF INDIANA LLC | CASE NO. 19-50044 |
| SLEEP OUTFITTERS OF KENTUCKY, LLC | CASE NO. 19-50045 |
| SLEEP OUTFITTERS OF OHIO LLC | CASE NO. 19-50046 |
| SLEEP OUTFITTERS OF TENNESSEE LLC | CASE NO. 19-50047 |
| SLEEP OUTFITTERS OF WEST VIRGINIA, LLC | CASE NO. 19-50048 |
| SLEEP LIQUIDATORS LLC | CASE NO. 19-50049 |
| BROWN IMMOBILIEN LLC | CASE NO. 19-50050 |
| KNOPF SYSTEMS, LLC | CASE NO. 19-50051 |
| K. B. & ASSOCIATES, INCORPORATED | CASE NO. 19-50052 |
| DEBTORS IN POSSESSION | CHAPTER 11 |
| | (JOINT ADMINISTRATION REQUESTED) |

**DEBTORS' MOTION FOR AN ORDER GRANTING
EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS
AND APPROVING SHORTENED AND LIMITED NOTICE THEREOF**

Come Innovative Mattress Solutions, LLC and its affiliated debtors and debtors in possession (the "Debtors"), by counsel, and hereby move the Court for an order approving an expedited hearing to consider certain "first day" motions of the Debtors, on shortened and limited notice thereof to certain creditors and parties in interest pursuant to E.D. Ky. LBR 2002-1. In support hereof, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1.   On January 11, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief with this Court under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy

Code"). The Debtors are operating their businesses as debtors and debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over these Chapter 11 cases under 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

3. With the exception of Debtor K. B. & Associates, Incorporated, a West Virginia corporation, the Debtors are Delaware limited liability companies. Debtor Innovative Mattress Solutions, LLC maintains its principal business location in Lexington, Kentucky. The other Debtors are affiliates of Innovative Mattress Solutions, LLC. Accordingly, venue for the Debtors' Chapter 11 cases is proper in this District under 28 U.S.C. §§ 1408 and 1409.

4. No trustee or examiner has been appointed in this Chapter 11 case, and no creditors' committee or other official committee has been appointed. The Debtors are seeking joint administration of their cases under the lead case of Innovative Mattress Solutions, LLC.

## BACKGROUND

5. Debtors' founding dates back to 1983, when the first mattress store was opened in Charleston, West Virginia through the formation of K. B. & Associates, Inc., a West Virginia corporation ("KB&A"). KB&A was successful in its initial store location, bought real property in Winfield, West Virginia as an office and warehouse, and began to expand with other leased store locations in West Virginia as well as expanding into the areas of Ohio and Kentucky which border West Virginia. In the early 2000s, as sales continued to grow and expansion opportunities continued, numerous additional entities were formed, each a Delaware LLC:

    a. Debtor Innovative Mattress Solutions, LLC ("iMS") was formed in October 2002 and has functioned as the single entity which purchases and owns all of the inventory across all locations. It is the primary "corporate office" entity, and employs the executive and other team members overseeing HR, operations, finance, marketing, delivery and other general and administrative functions. iMS previously operated out of the KB&A Winfield West Virginia offices, but moved

2

      its corporate headquarters to Lexington, Kentucky in 2015. iMS is 100% owned by Debtor Knopf Systems, LLC.

      b. Debtor Knopf Systems, LLC was formed in March 2001, owns all of the intellectual property used in the operations, and is the 100% member/owner of iMS. Debtors currently operate their retail and online sales under the trade names of Sleep Outfitters®, Mattress Warehouse®, and Mattress King, two of which are trademark-protected and registered. Knopf Systems is owned 70% by Kim Knopf and 15% each by trusts set up in 2002 for the benefit of her two now-adult children.

      c. Debtor "Sleep Liquidator" LLC and each of the six Debtor "Sleep Outfitters®" LLCs were formed as the operations expanded into different states. Each is a Delaware LLC, and five of the six essentially function as an operating company without assets but for the real estate leases for the retail locations.

Following the creation of the expanded corporate structure, Debtors continued to successfully and profitably grow and expand, including surviving the "Great Recession" of 2008-09. Gross sales and EBITDA continued to increase year over year, with 2015 being the most profitable year in the history of operations, with approximately $146 million in gross sales and EBITDA of over $8 million.

    6.    Debtors currently operate a total of 142 retail locations and 6 distribution centers, have a growing online sales volume, and also sell and deliver mattresses to over 100 universities during the annual back-to-school period. As of the Petition Date, Debtors collectively have approximately 400 employees, all of whom are based across the states where Debtors operate.

    7.    In 2016, Debtors embarked upon further expansions which were, in hindsight, poorly timed in relation to several other events in the overall market. The national mattress market has suffered along with the general brick-and-mortar retail market.

    8.    As further described in the Declaration of Kimberly B. Knopf, Debtors have undertaken numerous initiatives to grow revenues and cut costs in an effort to improve overall profitability. While these investments of time and capital are beginning to show improved

results, liquidity recently reached a point where rents and other costs were unable to be timely paid, which has led to recent disruptions in operations. More information is contained in the Declaration of Kimberly B. Knopf and each Motion filed in these proceedings.

9. In order to maximize the values for all stakeholders, Debtors have determined that a going concern chapter 11 process will produce the best outcome for the benefit of all creditors and equity holders.

## PENDING REQUESTS FOR RELIEF

10. Contemporaneously with the commencement of these Chapter 11 cases, the Debtors, by counsel, have filed or will file the following motions (collectively, the "First Day Motions"):

### Administrative and Procedural Motions

(i) Debtors' Motion for an Order Approving Joint Administration of the Chapter 11 Cases [ECF No. 3]

(ii) Debtors' Motion for an Order Granting Expedited Hearing on Certain First Day Motions and Approving Shortened and Limited Notice Thereof

(iii) Debtors' Motion to Establish Notice Procedures, Master Service List, and Related Relief

### Substantive Motions

(iv) Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, (III) Granting Liens and Superpriority Administrative Expense Claims to Post-Petition Lender Pursuant to 11 U.S.C §§ 364 and 507; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [ECF No. 4]

(v) Debtors' Application for Interim and Final Orders Authorizing Employment of DelCotto Law Group PLLC as their Attorneys

(vi) Debtors' Application for Interim and Final Orders Authorizing Employment of Brown, Edwards, & Company, L.L.P as Accountant

(vii) Debtors' Application for Interim and Final Orders Authorizing Employment of Conway Mackenzie, Inc. as Financial Advisor

(viii) Debtors' Motion for Entry of an Order under 11 U.S.C. §§ 327, 330, and 331 Authorizing the Debtors to Employ and Pay Professionals Utilized by Debtors in the Ordinary Course of Business

(ix) Debtors' Motion for an Order Authorizing Debtors to Pay and Honor Prepetition Wages and Related Items

(x) Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (iii) Approving Debtors' Proposed Procedure for Determining Adequate Assurance of Payment, and (iv) Granting Related Relief

(xi) Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Maintain Prepetition Insurance Policies and Programs; (B) to Honor Certain Insurance Obligations; and (C) Granting Related Relief

(xii) Debtors' Motion for Interim and Final Orders pursuant to 11 U.S.C. §§ 105(a), 507(a)(7), 1107(a), and 1108 Authorizing Continuation of Customer Practices

(xiii) Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Remit and Pay Certain Prepetition Taxes and Fees

(xiv) Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (A) Maintain Existing Cash Management Systems and Bank Accounts; (B) Honor Certain Prepetition Obligations; (C) Continue Use of Existing Business Forms; and (D) Granting Related Relief

(xv) Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Critical Vendor Claims

## **REQUEST FOR EXPEDITED HEARING**

11. As set forth in detail in each of the pleadings described above and in the Declaration of Kimberly B. Knopf, the relief requested in the First Day Motions is essential to maintaining the Debtors' businesses and thereby maximizing the value of the Debtors' assets for

5

the benefit of their estates and creditors. Accordingly, the Debtors believe that the First Day Motions involve matters that require an expedited hearing and have been advised that the Court will conduct such hearing on Tuesday, January 15, 2019, at 1:00 p.m. (ET) in the 2nd Floor Courtroom, United States Bankruptcy Court at 100 East Vine Street, Lexington, Kentucky.

12. The Debtors have given notice of the filing of the First Day Motions and the expedited hearing thereon to parties on the proposed Master Service list including: the U.S. Trustee, the Internal Revenue Service, the applicable State Departments of Revenue where the Debtors have retail outlets and/or employees, DIP lender, the Debtors' secured creditors, the Debtors' consolidated thirty largest unsecured creditors, and various other parties listed on the proposed Master Service List by electronic mail, facsimile, or first-class U.S. mail, postage prepaid, as indicated. The Debtors have also given notice of the First-Day Motion regarding utility services to the utility service providers listed on the service list attached to that motion.

13. The Debtors request that service of notice on the parties stated above in the form and manner described herein be deemed adequate and appropriate under the circumstances and in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules of this Court.

WHEREFORE, the Debtors respectfully request that the Court enter an Order: (i) approving an expedited hearing on the First Day Motions on Tuesday, January 15, 2019, at 1:00 p.m. (ET), before the United States Bankruptcy Court, Second Floor, 100 East Vine Street, Lexington, Kentucky, (ii) finding that service of the notice of filing of the First Day Motions and the expedited hearing thereon on the parties and in the manner set forth herein shall be sufficient and adequate notice under the circumstances and in full compliance with applicable provisions of

the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court, and

(iii) granting such other and further relief as the Court may deem proper.

    Respectfully submitted,

    DELCOTTO LAW GROUP PLLC

    /s/ Laura Day DelCotto
    KY Bar No. 81763
    Laura Day DelCotto, Esq.
    200 North Upper Street
    Lexington, KY  40507
    Telephone:  (859) 231-5800
    Facsimile:   (859) 281-1179
    ldelcotto@dlgfirm.com
    COUNSEL FOR DEBTORS
    AND DEBTORS IN POSSESSION
    (UNDER PENDING APPLICATION)