UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

INNOVATIVE MATTRESS SOLUTIONS, LLC *et al.*[1]　　　　　CASE NO. 19-50042

DEBTORS IN POSSESSION　　　　　CHAPTER 11

　　　　　JOINTLY ADMINISTERED

**NOTICE OF EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS**

PLEASE TAKE NOTICE that the above-referenced Debtors filed voluntary Chapter 11 petitions on January 11, 2019, and that on Tuesday, January 15, 2019, at 1:00 p.m. (ET), Debtors' have requested that the United States Bankruptcy Court for the Eastern District of Kentucky conduct an expedited hearing at the United States Bankruptcy Court, 100 East Vine Street, Second Floor, Lexington, Kentucky, with respect to the motions of the Debtors listed below (collectively, the "First Day Motions"):

**Administrative and Procedural Motions**

(1)　Debtors' Motion for an Order Granting Expedited Hearing on Certain First Day Motions and Approving Shortened and Limited Notice Thereof [ECF No. 12]

(2)　Debtors' Motion to Establish Notice Procedures, Master Service List, and Related Relief [ECF No. 13]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Innovative Mattress Solutions, LLC – 1096; Sleep Outfitters of Alabama LLC – 2914; Sleep Outfitters of Indiana LLC – 6006; Sleep Outfitters of Kentucky, LLC – 2729; Sleep Outfitters of Ohio LLC – 9814; Sleep Outfitters of Tennessee LLC – 1127; Sleep Outfitters of West Virginia, LLC – 6079; Sleep Liquidators LLC – 5703; Brown Immobilien LLC – 6617; Knopf Systems, LLC – 1096; and K. B. & Associates, Incorporated – 3479.

**Substantive Motions**

(3) Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, (III) Granting Liens and Superpriority Administrative Expense Claims to Post-Petition Lender Pursuant to 11 U.S.C §§ 364 and 507; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [ECF No. 4]

(4) Debtors' Application for Interim and Final Orders Authorizing Employment of DelCotto Law Group PLLC as their Attorneys [ECF No. 29]

(5) Debtors' Application for Interim and Final Orders Authorizing Employment of Brown, Edwards, & Company, L.L.P as Accountant [ECF No. 30]

(6) Debtors' Application for Interim and Final Orders Authorizing Employment of Conway Mackenzie, Inc. as Financial Advisor [ECF No. 31]

(7) Debtors' Motion for Entry of an Order under 11 U.S.C. §§ 327, 330, and 331 Authorizing the Debtors to Employ and Pay Professionals Utilized by Debtors in the Ordinary Course of Business [ECF No. 32]

(8) Debtors' Motion for an Order Authorizing Debtors to Pay and Honor Prepetition Wages and Related Items [ECF No. 20]

(9) Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (iii) Approving Debtors' Proposed Procedure for Determining Adequate Assurance of Payment, and (iv) Granting Related Relief (the "Utility Motion") [ECF No. 14]

(10) Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Maintain Prepetition Insurance Policies and Programs; (B) to Honor Certain Insurance Obligations; and (C) Granting Related Relief [ECF No. 23]

(11) Debtors' Motion for Interim and Final Orders pursuant to 11 U.S.C. §§ 105(a), 507(a)(7), 1107(a), and 1108 Authorizing Continuation of Customer Practices [ECF No. 15]

(12) Debtors' Motion for Entry of Interim and Final Orders Authorizing the

    Debtors to Remit and Pay Certain Prepetition Taxes and Fees [ECF No. 16]

(13) Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (A) Maintain Existing Cash Management Systems and Bank Accounts; (B) Honor Certain Prepetition Obligations; (C) Continue Use of Existing Business Forms; and (D) Granting Related Relief [ECF No. 24]

(14) Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Critical Vendor Claims [ECF No. 33]

(15) Declaration of Kimberly B. Knopf in Support of Chapter 11 Petitions and First Day Motions

            Respectfully submitted,

            DELCOTTO LAW GROUP PLLC

            /s/ Laura Day DelCotto.
            KY Bar No. 81763
            Laura Day DelCotto, Esq.
            200 North Upper Street
            Lexington, KY 40507
            Telephone: (859) 231-5800
            Facsimile: (859) 281-1179
            ldelcotto@dlgfirm.com
            COUNSEL FOR DEBTORS
            AND DEBTORS IN POSSESSION
            (UNDER PENDING APPLICATION)

## **CERTIFICATE OF SERVICE**

  In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by first class mail, postage prepaid, or electronic mail, as indicated, on January 11, 2019 on the parties listed on the proposed Master Service List and to the utilities listed on the Utility Service List to the Utility Motion.

            /s/ Laura Day DelCotto
            COUNSEL FOR DEBTORS
            AND DEBTORS IN POSSESSION
            (UNDER PENDING APPLICATION)