**Innovative Mattress Solutions**
**13 Week Cash Flow Forecast**

| Week Beginning | Wk 1 14-Jan | Wk 2 21-Jan | Wk 3 28-Jan | Wk 4 4-Feb | Wk 5 11-Feb | Wk 6 18-Feb | Forecast Wk 7 25-Feb | Wk 8 4-Mar | Wk 9 11-Mar | Wk 10 18-Mar | Wk 11 25-Mar | Wk 12 1-Apr | Wk 13 8-Apr | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 809,714 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 2,135,286 | $ 2,067,649 | $ 2,156,840 | $ 1,190,022 | $ 1,000,001 | $ 1,000,000 | 1,000,000 | $ 809,714 |
| Collections | $ 1,483,828 | $ 1,597,052 | $ 2,047,786 | $ 1,962,235 | $ 2,551,933 | $ 3,583,549 | $ 3,019,763 | $ 2,036,520 | $ 1,986,183 | $ 1,745,591 | $ 1,834,934 | $ 1,579,941 | 1,478,921 | $ 26,908,236 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Merchandise | $ 902,000 | $ 835,691 | $ 728,900 | $ 628,985 | $ 875,076 | $ 1,079,245 | $ 1,226,634 | $ 1,210,888 | $ 1,422,382 | $ 1,100,932 | $ 705,055 | $ 693,062 | 795,113 | $ 12,203,963 |
| Payroll | $ 565,183 | $ 331,496 | $ 354,577 | $ 321,821 | $ 573,135 | $ 339,220 | $ 468,808 | $ 362,701 | $ 709,023 | $ 356,199 | $ 384,486 | $ 326,602 | 365,403 | $ 5,458,654 |
| Advertising | $ 256,831 | $ 270,151 | $ 1,763,332 | $ 903,539 | $ 893,898 | $ 189,979 | $ 234,510 | $ 67,613 | $ 89,119 | $ 185,632 | $ 317,526 | $ 292,747 | 303,958 | $ 5,768,836 |
| Rent | $ - | $ - | $ 950,448 | $ 135,793 | $ 32,383 | $ - | $ 950,448 | $ 135,793 | $ 32,383 | $ - | $ - | $ 888,095 | 127,246 | $ 3,252,588 |
| Company / Sales Tax | $ 10,000 | $ 577,440 | $ 10,000 | $ 10,000 | $ 10,000 | $ 488,818 | $ 10,000 | $ 10,000 | $ 10,000 | $ 639,223 | $ 10,000 | $ 10,000 | 10,000 | $ 1,805,482 |
| Bankruptcy / Closure Expense | $ 820,000 | $ 660,000 | $ 200,000 | $ 333,333 | $ 100,000 | $ - | $ - | $ 33,333 | $ - | $ - | $ 224,259 | $ 383,333 | - | $ 2,754,259 |
| Debtor Advisors | $ - | $ - | $ - | $ - | $ - | $ 300,000 | $ - | $ - | $ - | $ 300,000 | $ - | $ - | 300,000 | $ 900,000 |
| UCC Advisors | $ - | $ - | $ - | $ - | $ - | $ 33,333 | $ - | $ - | $ - | $ 33,333 | $ - | $ - | 33,333 | $ 100,000 |
| US Trustee Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 260,000 | - | $ 260,000 |
| Other | $ 342,000 | $ 351,000 | $ 197,000 | $ 127,000 | $ 342,000 | $ 351,000 | $ 197,000 | $ 127,000 | $ 356,760 | $ 332,000 | $ 216,000 | $ 119,706 | 169,706 | $ 3,228,172 |
| **Total Operating Disbursements** | $ 2,896,014 | $ 3,025,778 | $ 4,204,256 | $ 2,460,471 | $ 3,159,826 | $ 2,448,263 | $ 3,087,400 | $ 1,947,329 | $ 2,953,001 | $ 2,613,986 | $ 1,857,326 | $ 2,973,544 | 2,104,760 | $ 35,731,954 |
| **Net cash inflow (outflow) from operating activities** | $ (1,412,186) | $ (1,428,726) | $ (2,156,470) | $ (498,236) | $ (607,893) | $ 1,135,286 | $ (67,637) | $ 89,191 | $ (966,818) | $ (868,395) | $ (22,392) | $ (1,393,603) | (625,838) | $ (8,823,718) |
| **DIP Facility Funding (a)** | $ 1,602,471 | $ 1,428,726 | $ 2,156,470 | $ 498,236 | $ 607,893 | $ - | $ - | $ - | $ - | $ 678,373 | $ 22,392 | $ 1,393,603 | 625,838 | $ 9,014,003 |
| **Net Cash Flow** | $ 190,286 | $ - | $ - | $ - | $ - | $ 1,135,286 | $ (67,637) | $ 89,191 | $ (966,818) | $ (190,021) | $ - | $ - | - | $ 190,286.0 |
| Ending Cash | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 2,135,286 | $ 2,067,649 | $ 2,156,840 | $ 1,190,022 | $ 1,000,001 | $ 1,000,000 | $ 1,000,000 | 1,000,000 | $ 1,000,000 |
| **DIP Facility Roll-Forward:** | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ 1,602,471 | $ 3,031,197 | $ 5,187,667 | $ 9,401,644 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,687,911 | $ 10,710,303 | 12,103,906 | $ - |
| DIP Facility Funding (a) | $ 1,602,471 | $ 1,428,726 | $ 2,156,470 | $ 498,236 | $ 607,893 | $ - | $ - | $ - | $ - | $ 678,373 | $ 22,392 | $ 1,393,603 | 625,838 | $ 9,014,003 |
| Roll-up of Pre-Petition Credit Facilities | $ - | $ - | $ - | $ 3,715,741 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ 3,715,741 |
| **Ending Balance** | $ 1,602,471 | $ 3,031,197 | $ 5,187,667 | $ 9,401,644 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,009,537 | $ 10,687,911 | $ 10,710,302.9 | $ 12,103,906 | 12,729,744 | $ 12,729,744 |

(a) Certain cash and marketable security collateral held by the Pre-Petition Lender under the Pre-Petition Loan Documents will continue to be held by the DIP Lender as collateral for the repayment of the Debtors' obligations under the Pre-Petition Loan Documents and the DIP Loan Documents and which may be released (in whole or in part) in the DIP Lender's sole discretion to the Debtors in lieu of advancing like amounts under the DIP Facility.