**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INNOVATIVE MATTRESS | ) | CASE NO. 19-50042 |
| | ) | |
| SOLUTIONS, LLC, ET AL. | ) | JOINTLY ADMINISTERED |
| | ) | |
| DEBTORS IN POSSESSION | ) | |

**ENTRY OF APPEARANCE AND REQUEST
FOR RECEIPT OF FILINGS**

\* \* \* \* \* \* \*

Emily H. Cowles of McBrayer, McGinnis, Leslie & Kirkland PLLC, 201 East Main Street, Suite 900, Lexington, Kentucky 40507, hereby enters her appearance in the herein case as counsel for 2398 Nicholasville Road, LLC, a Lessor and Creditor of Sleep Outfitters of Kentucky, LLC.

Emily H. Cowles requests that a copy of all pleadings and documents filed in the herein case be mailed to her at the address below and that she be placed on the Court's electronic service list.

Respectfully submitted,

MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND PLLC

*/s/ Emily H. Cowles*
EMILY H. COWLES
201 East Main St., Suite 900
Lexington, Kentucky 40507
(859) 231-8780
ecowles@mmlk.com
ATTORNEYS FOR 2398
NICHOLASVILLE ROAD, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Entry of Appearance and Request for Receipt of Filings was served upon the parties by ECF Noticing on this the 15th day of January 2019.

*/s/ Emily H. Cowles*

4828-4340-8773, v. 1

EMILY H. COWLES
MCBRAYER, MCGINNIS, LESLIE & KIRKLAND PLLC
201 East Main St., Suite 900
Lexington, Kentucky 40507
(859) 231-8780

3

4828-4340-8773, v. 1