UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

INNOVATIVE MATTRESS SOLUTIONS, LLC *et al.*[1]      CASE NO. 19-50042

DEBTORS IN POSSESSION     CHAPTER 11
    JOINTLY ADMINISTERED

---

**NOTICE OF SUCCESSFUL BID AND DESIGNATION OF CONTRACTS
TO BE PURCHASED, HELD, OR ASSUMED AND ASSIGNED**

---

Innovative Mattress Solutions, LLC and its affiliated debtors and debtors in possession in the above captioned chapter 11 cases (the "Debtors"), by counsel, pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1), file this Notice of Successful Bid and Designation of Contracts to be Purchased, Held, or Assumed and Assigned, pursuant to the Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA and Approving Certain Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Authorizing the Debtors to Omit Certain Confidential Schedules from the Stalking Horse

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Innovative Mattress Solutions, LLC – 1096; Sleep Outfitters of Alabama LLC – 2914; Sleep Outfitters of Indiana LLC – 6006; Sleep Outfitters of Kentucky, LLC – 2729; Sleep Outfitters of Ohio LLC – 9814; Sleep Outfitters of Tennessee LLC – 1127; Sleep Outfitters of West Virginia, LLC – 6079; Sleep Liquidators LLC – 5703; Brown Immobilien LLC – 6617; Knopf Systems, LLC – 1096; and K. B. & Associates, Incorporated – 3479.

APA]; and (III) Granting Related Relief (the "Bidding Procedures Order") [ECF No. 334] entered by the Court on February 25, 2019.[2] Prior to and after entry of the Bidding Procedures Order, the Debtors, through their financial advisor, Conway MacKenzie, provided notice to over 50 parties with a potential interest in acquiring all or some portion of the Debtors' assets. At least 9 parties executed non-disclosure agreements in order to access data compiled by the Debtors and their financial advisor. In addition, the Debtors placed advertisements in USA Today to provide notice of the potential sale to both potential bidders and contract counterparties in these markets: Cincinnati, Pittsburgh/Cleveland, Nashville and Atlanta, proof of which is attached as Exhibit A.

As of the Bid Deadline, no interested party had requested treatment as a Qualified Bidder, and no competing bids were received. Accordingly, the Debtors report that the Stalking Horse Bid contained in the Asset Purchase Agreement tendered with the Sale Motion [ECF No. 334-2], as amended and filed with the Court on March 18, 2019 [ECF No. 392], is the successful bid (the "Successful Bidder") under the Bidding Procedures approved by the Court, and that no auction will be conducted on March 20, 2019, provided that the Auction shall be deemed to have occurred on March 20, 2019 for purposes of any deadline contingent on the occurrence of the Auction in these Chapter 11 Cases, including, without limitation, the Bidding Procedures Order, the proposed Sale Order, DIP Orders or Stalking Horse APA, as each may be amended from time to time. The Debtors intend to seek final approval of the proposed sale to the Successful Bidder at the hearing scheduled for March 22, 2019 at the hour of 9:00 a.m.

As provided by the Bidding Procedures Order, the Debtors are filing the Successful Bidder's initial list of Purchased Contracts (the "Intial Purchased Contracts List") as Exhibit B,

---

[2] All capitalized terms in this document have the meaning given to them in the Debtor's Sale Motion (ECF No. 279).

and will serve same upon all counterparties to such contracts with this Notice. The Initial Purchased Contracts List excludes proposed Cure Amounts, as that information was previously provided to contract counterparties with the Notice of Possible Assumption and Assignment and Cure Amounts of Certain Executory Contracts and Unexpired Leases in Connection with Sale [ECF No. 343]. The Successful Bidder reserves the right to modify and update the Initial Purchased Contracts List through the date that is seven (7) Business Days prior to the Closing Date. The Successful Bidder has informed the Debtors that it intends to provide the Debtors with an updated list of Purchased Contracts prior to the Sale Hearing, which the Debtors shall file and serve on all Assignable Contract counterparties upon receipt of such list from the Successful Bidder.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

In addition to the parties who were was served electronically by the Court's ECF System, this Notice was served on all parties listed on Master Service List #5 [ECF No. 372], and upon all contract counterparties as reflected on the attached service list on March 19, 2019.

/s/Dean A. Langdon, Esq.
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

Aaron Ambler
Winfield Inc
915 N Jefferson StreetCDE
Lewisburg WV 24901
**adlaw@suddenlinkmail.com**

Aaron Werbel
Viking Partners Morse, LLC
4901 Hunt Road, Suite 102
Cincinnati, OH 45242
awerbel@vikingprt.com

Bob Coleman
Coleman Group
710 E Main Street  Suite 130
Lexington KY 40502
bcole@colemangroup.net

Charles Dahlem, President
Dahlem Enterprises, Inc.
1531 Ormsby Station Ct.
Louisville KY 40223
charlie@dahlem.com

Chad Voelkert
Laurie 1025, LLC
404 Greenbriar Rd
Lexington KY 40503
cvoelkert@naiisaac.com

Jean Bennett
TKB Partnership, LLP
5802 Akron-Cleveland Rd
Hudson OH  44236
ejben76@roadrunner.com ;
VIA ECF: sbales@zieglermetzger.com

Dr. Bruce Irwin
Hampton Cove, LLC
2147 Riverchase Office Rd.
Hoover AL 35244
hsthornton@americanfamilycare.com

Jackie Sells
Sells Properties
100 Heather Way
Brentwood TN 37027
jacksells077@gmail.com

Jim Barger
JARA Group Limited Partnership
166 W. Chestnut St
Washington PA 15301
jbarger@westplaceres.com

Julie D. Krause
Midland Atlantic Properties
8044 Montgomery Rd, Suite 700
Cincinnati, OH 45236
jkrause@midlandatlantic.com

Alan Ratliff
Loral Lowels Property, LLC
3477 Commerce Pkwy
Wooster OH  44691
alan@ratliffcustomhomes.com
edwinbreyfogle@gmail.com

Greg Slyman
ABC MW Medina LLC
1247 Medina Rd.
Medina, OH 44256
GregSlyman@HannaCRE.com

Carol Atkins-Payton
Commercial Land Development,  Inc.
P.O. Box 40
Morgantown WV 26507
carol@cityneon.com

Cheri McMullin
Jordan Enterprises, Inc.
400 Old Vine Street
Lexington KY 40507
cheri@parkwaydev.com

David R. Graves
Cypress Property Group, LLC
270 South Limestone
Lexington KY 40508
dgraves@cypresspropertygroup.com

Robert Stark
Rosemont Commons Delaware, LLC
1350 W. 3rd St.
Cleveland OH  44113
emartin@starkenterprises.com

VOW, LLC
3100 Lorna Road, Suite 100
Hoover AL 32216

James Scudiere
PO Box 130
Enterprise, WV 26568
jamesscudiere@yahoo.com

Jeff England
Rosenstein Developement
343 Waller Avenue, Suite 100
Lexington KY 40504
jengland@rd-lex.com

Jay McShurley
McShurley Enterprises, LLC
126 N. Maple St.
Somerset KY 42501
jmcshurley@aol.com

Angie Rodriguez
Colliers International
615 3rd St Ste 500
Nashville TN 37210-2345
angie.rodriquez@colliers.com

Bob Acciarri
ABC Development, LLC
1247 Medina Rd.
Medina, OH 44256
bacciarri@abcdevel.com

Carmelita Goldsmith
CG Commercial Real Estate, Inc.
PO BOX 99816
Louisville KY 40269
cgoldsmith.cgproperties@gmail.com

Chelsea Maher
Shannon Waltchack Management, LLC
1616 2nd Avenue South, Suite 100
Birmingham AL 35233
cm@shanwalt.com

NATIONAL PLAZA
National Properties
NAVID NIAKOSSARY
12985 US HWY 431
GUNTERSVILLE AL 35976
DNiakossary@yahoo.com

Gregory L. Stewart
Ohio County Development Authority
546 Cabela Drive
Triadelphia WV 26059
gstewart@ocdawv.com
VIA ECF jchincheck@bowlesrice.com

Isaac Massry
Tri-State Crossing, LLC
8 Industrial Way East
Eatontown, NJ 07724
Isaac@wrgusa.com

Jason Minnite
The PM Company
1000 Grand Central Mall
Vienna WV 26105
Jason@ThePMCompany.com
ritter@theisenbrock.com

Julie Engle
Casto- Mgr for OH Retail III TT LLC
250 Civic Center Dr
Columbus OH 43215
jengle@castoinfo.com

John Hoyer
Brixmor Property Group
953 Hempstead Rd
Cincinnati OH 45230
connie.rollins@brixmor.com
john.hoyer@brixmor.com

Josh Hendricks
Creekstone Realty
66010 Joseph St
Vandalia MI 4909
josh@creekstoneinvestments.com

Jason Taylor
Equity Management Group
840 East High St
Lexington KY 40502
jtaylor@equity-management.com

Lon Shannon
REALCO, LLC
194 Summers Street
Charleston WV 25301-2132
leslie@shonk.com

Wayne & Kay Koswoski
K&W Putman LLC
PO Box 6590
Huntsville AL 35813
matkng@aol.com

Bryan Pivirotto
Silver Bridge, LP
4041 Liberty Ave, Ste 201
Pittsburgh PA 15222
piv@madisonacquisitions.com

Pat Trice
Fresh Capital
5361 Hwy. 280 S, Suite 106A
Birmingham AL 35242
pwtrice@freshcapitalgroup.com

Rusty Johnson
THF Management, Inc
220 A RHL BLVD
Charleston WV 25309
rjohnson@thekroenkegroup.com

Sheryl Smith
Quickland LLC
360 N. Main Street
London KY 40741
ssmith527@roadrunner.com

Joyce Smith
Jones Lang LaSalle Americas
9448A Water Front Drive
West Chester, OH 45069
joyce.smith@am.jll.com

Kim Polacco
RAEM Alabama, LLC
PO Box 807,
Oakhurst NJ 07755
karpmgmt@aol.com

Carl Storey
BSM Glenway, LLC
3001 Armory Drive, Suite 250
Nashville, TN 37204
ljohnson@bsmproperties.com

Morgan Allen
Greer Land Co Smyrna #2, LLC
250 West Main St, Ste 3000
Lexington KY 40502
mallen@greercompanies.com

Mary Beyer Lell
Bayer Properties
2222 Arlington Ave.
Birmingham AL 35205
mblell@bayerproperties.com

Military Partners, LLC
Nancy Levin
736 Thimble Shoals Blvd.
Newport News VA 23606
nlevin@newportmanagement.com

Bryan Pivirotto
Madison Acquisitions, LLC
2801 Liberty Ave, Suite 100
Pittsburgh, PA 15222
piv@madisonacquisitions.com

MOREHEAD ENTERPRISES
TARKINGTON COMPANY
1705 DIVISION STREET
NASHVILLE TN 37203
raytarkington@comcast.net

Robert McGuinness
Kite Realty Group
30 South Meridian St
Indianapolis IN 46204
rmcguinness@kiterealty.com
jgirod@kiterealty.com

Susan Sommers
French Creek Square
30000 Chagrin Blvd
Cleveland, OH 44124
ssommers@zeislermorgan.com

Robert Brown
Deville Development
3951 Convenience Circle
Canton, OH 44718
jschwab@devilledev.com
rbrown@devilledev.com

Lisa Alexander
DEVONSHIRE/ REIT
10100 Waterville Street
Whitehouse OH 43571
lisa.alexander@devreit.com

Lance Johnson
Baker Storey McDonald
3001 Armory Drive
Nashville TN 37204
ljohnson@bsmproperties.com

Mark Hoty
Hoty Enterprises
5003 Milan Road
Sandusky OH 44870
mark@hoty.com

Michelle Kidd
Kroger Center Morehead, LLC
2170 W SR 434 STE 250
Longwood FL 32779
Michelle.kidd@tscg.com

Patty Chambers
TSM Ventures. Inc.
301 N. Neil St, #400
Champaign IL 61820
pchambers@stevensgrouprealestate.com

Paul Reulbach
Weston Inc
4760 Richmond Road, Suite 200
Warrensville Heights OH 44128
preulbach@teamweston.com

Roberta Hamer
Urban Retail Properties, LLC.
178 Winchester Court
Clifton NJ 07013
rhamer@urbanretail.com

Susan Smith
Neyer Management
3927 Brotherton Road
Cincinnati OH 45209
ssmith@neyermanagement.com

Taylor Reynolds
Publix Super Markets Inc
3300 Publix Corporate Pkwy
Lakeland FL 33811
taylor.reynolds@publix.com

DCO LLC
c/o Tommy Downs
129 W. JOHN ROWAN BLVD.
BARDSTOWN KY 40004
tomdowns@bardstowncable.net

Jeff Watson
Concord Land & Development
568 Jetton Street, Suite 200
Davidson, NC 28036
watson@piedmontlanddevelopment.com

Zach Glazer
B&G Properties, Ltd.
26565 Miles Rd. #200
Cleveland OH 44128
zglazer@cpamanagement.com

R. Stephen Reach
WHITE REACH DEVELOPMENT
201 W Short Street
Lexington KY 40507
reach@white-reach.com

Best Buy
Jack Stukonis (Rep)
PO Box 731247
DALLAS, TX 75373-1247
jack.stukonis@bestbuy.com

Kelly Bolinger
First Data
3 Western Maryland Parkway
Hagerstown, MD 21740
Kelly.Bolinger@firstdata.com

Jeanne Underwood
Google
DEPT 33654 PO Box 39000
SAN FRANCISCO, CA 94139
jeanneu@google.com
collections@google.com

Bobby Keen (VP of Sales)
Leggett and Platt Incorporated
PO BOX 538385
ATLANTA, GA 30353-8385
bobby.keen@leggett.com
mam@cp-law.com  pspradlin100@gmail.com

Katy Sheehan
Gannett
P O Box 677353
Dallas, TX 75267-7353
kesheehan@gannett.com

Ryan Weisert
Moment Feed Inc
1540 2ND Street 3rd floor
Santa Monica, CA 90401
rweisert@momentfeed.com

T.J. Summers
Four S Development
P.O. Box 2388
Charleston WV 25328
tsummers@summcos.com

Andy Waters
Community Trust & Investment Company
100 E. Vine Street
Lexington KY 40507   watersan@ctbi.com
VIA ECF awebb@fbtlaw.com
mfullington@wyattfirm.com

John W. Duke
Kennedi Center
PO Box 309
Dickson TN 37056
zimmer001@aol.com

Kayla Courey
One ADP Boulevard
Roseland, NJ 07068
kayla.courey@adp.com

Ron Griswold
5301 Maryland Way
Brentwood, TN 37027
rgriswold@comdata.com

Kevin Johnson
Fortitude Technology
9089 Clairemont Mesa Blvd, Ste 210
San Diego, CA 92123
kjohnson@fortitudetech.com

Scott Zavitz
Lexington Herald
P. O. BOX 510118
LIVONIA, MI 48151-0118
szavitz@herald-leader.com

Jerry Briggs
Mspark
PO BOX 848469
DALLAS, TX 75284-8469
Jbriggs@mspark.com
Billing@Mspark.com

Neal Hatcher
Neal & Vicky Hatcher
P.O. Box 1522
Portsmouth OH 45662
vahatcher@frontier.com

Will Akin
Capital Growth Real Estate, LLC
361 Summit Boulevard, Suite 110
Birmingham AL 35243
will@cgpre.com

Meghan Porath
Continental 113 Fund LLC
W134 N8675 Executive Parway
Menomonee Falls WI 53051
mmclean@cproperties.com

Kelly Kee
P O BOX 9012
CAROL STREAM, IL 60197
kk4516@att.com

Satish Natarajan
Dispatch Track
12148 MILLER AVENUE
SARATOGA, CA 95070
satish@dispatchtrack.com

Rachelle Knight
Genesis
15220 NW Greenbriar Pkwy Suite 200
Beaverton, OR 97006
rachelle.knight@genesis-fs.com
sceron@genesis-fs.com

Cody Ogden
Listrak Inc
100 West Millport Road
Lititz, PA 17543
Cody.Ogden@listrak.com

Wendy Jamison
MetLife
PO Box 783895
Philadelphia, PA 19178
wendy_jamison@metlifeservice.com

John Pauley
New York Life
PO Box 500
Minneapolis, MN 55440
johnpauley@ft.newyorklife.com

Carter Miller/Bob Chaffins
The Webb Companies
250 W Main Street, Suite 3000
Lexington KY 40507
cmiller@thewebbcompanies.com
BChaffins@thewebbcompanies.com

David R. Graves
SO Dayton, LLC
270 South Limestone
Lexington KY 40508
dgraves@cypresspropertygroup.com

David R. Graves
SO - Gadsden
270 South Limestone
Lexington KY 40508
dgraves@cypresspropertygroup.com

DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
dlangdon@dlgfirm.com

Jane Schultz
Tolson Enterprises Inc
6591 W Central Avenue Suite 100
Toledo OH 43617
414-843-6265

Bruce Englehardt
Casto
250 Civic Center Dr
Columbus OH 43215
bengelhardt@castoinfo.com

Wellington Way, LLC
148 Malabu Drive
Lexington, KY 40503
mjump@one23brands.com

Conway MacKenzie
c/o Michael C. Walsh
401 S. Old Woodward Ave, Suite 340
Birmingham, MI 48009
MWalsh@ConwayMacKenzie.com

Angela Acosta
Hauppauge Properties LLC
1975 Hempstead Tpke, 309
East Meadow NY 11554
Angela@upcli.com

Ray Tarkington
Tarkington & Harwell, LLC
1705 DIVISION STREET
NASHVILLE TN 37203
raytarkington@comcast.net

BSM Beavercreek II, LLC
3011 Armory Drive
Nashville TN 37204
ljohnson@bsmproperties.com

Wes Hardin
PC Sweet Home Bama, LLC
1301 Riverplace Blvd., #1900
Jacksonville FL  23307
whardin@propst.com

Ace American Insurance Co.
436 Walnut Street
Philadelphia PA 19106

Allianz Global Risks
2350 Empire Avenue
Burbank CA 91504

ARGENTUM IT  LLC
SUITE B
1141 S 2ND STREET
LOUISVILLE KY 40203

Cartesian
9241 LBJ Freeway
Dallas TX 75243

COMFORT REVOLUTION
PO BOX 936353
ATLANTA GA 31193-6353
SealyAR@tempursealy.com

ACTIVE MEDIA SERVICES INC
PO BOX 844588
BOSTON MA 02284-4588
Brenda.Simmons@activeinternational.com

American Funds
P O Box 659530
San Antonio TX 78265
jim.goolsby@rbc.com

Greg Slyman
ABC Development, LLC
28601 Chargrin Blvd., Ste 106A
Cleveland OH  44122
GregSlyman@HannaCRE.com

Chubb Group
82 Hopmeadow Street
PO Box 2002
Simsbury CT 06070-7683

Comp Management
P O BOX 89456
Cleveland, OH 44101-6456

ADP
P O BOX 645177
CINCINNATI OH 45264-5177

American Express
200 Vesey Street
New York NY 10285
jordan.ray@aexp.com

Russell Gay
BRG East, LLC
PO Box 2472
Clarksville IN 47131-2472

Concur
62157 Collection Ctr Dr
Chicago IL 60693
casey.westerman@SAP.com
Adrian.Corral@SAP.com

ELITE REWARDS
P O BOX 261147
TAMPA FL 33685
grant@grant-riley.com

EXPRESS EMPLOYMENT SERVICES
P O BOX 535434
ATLANTA GA 00303

Facebook
15161 Collections Ctr Dr
Chicago IL 60693
AR@fb.com

FLOORBOARD LLC
1605 SW WESTWOOD DRIVE
PORTLAND OR 97239

HIGHMARK WEST VIRGINIA
PO BOX 382153
PITTSBURGH PA 15251-8113
Amber McCoy
amber.mccoy@highmark.com

GUARDIAN LIFE INSURANCE
P O BOX 677458
DALLAS TX 75267-7458

The Huntington National Bank
c/o Jennifer L. Parsons, Team Leader
500 Lee Street, Suite 1400
Charleston, WV 25301
jenny.parsons@huntington.com

Love My Pillow
4936 TECHNICAL DRIVE
Milford MI 48381

IMG COLLEGE LLC
PO BOX 16533
PALATINE IL 60055

KOMAX BUSINESS SYSTEMS
500 D STREET
SOUTH CHARLESTON WV 25303

LABOR FINDERS OF TENNESSEE
LABOR FINDERS (HUNTSVILLE)
P O BOX 219
MADISON TN 37116

Lendpro
935 2nd St SE Bldg B 510
Charlottesville VA 22902

The Courier Journal
PO Box 677353
Dallas TX 75267-7353
loui@ccc.gannett.com
kesheehan@gannett.com

MAGENTO
P O BOX 204105
DALLAS TX 75320

NorthWestern Mutual Life Insurance
330 E Main St. Ste 300
Lexington, KY 40507-1525

Oracle America
PO Box 203448
Dallas, TX 75320

PENSKE TRUCKING LEASING CO
P O BOX 827380
PHILADELPHIA PA 19182

PEOPLEREADY INC
PO BOX 641034
PITTSBURGH PA 15264-1034

Phoenix Insurance Co.
One Tower Square
Hartford, CT 06183

Pitney Bowes
210 East Reynolds Road
Lexington KY 40517

RYDER TRUCK RENTAL INC.
PO BOX 96723
CHICAGO IL 60693
debra_peppard@ryder.com

Tempur Pedic North America, LLC
and Sealy Mattress Company
1000 Tempur Way
Lexington KY 40511
VIA ECF: Lea Pauley Goff, Esq.
Adam M. Back, Esq.

Star Indemnity
399 Park Avenue 8TH Floor
New York City NY 10022

Tennessean
7950 Jones Branch Dr
Mc Lean VA 22107
dzook@ccc.gannett.com

United Bank
500 Virginia Street East
Charleston WV 25301
VIA ECF TMcKinstry@Fowlerlaw.com
MEllison@Fowlerlaw.com

Dominic Teramana, Jr
Teramana Ltd
200Stanton Blvd
Steubenville OH 43952
djteramanajr@sbcglobal.net

Valassis
19975 Victor Parkway
Livonia MI 48152
VIA EMAIL
Vanessa.OConnell@harlandclarke.com
VIA ECF: spinner@millercanfield.com

VSP
P O Box 677458
Dallas TX 75267
Pat_A_Richardson@glic.com

Wells Fargo Bank
c/o Cynthia M. Kern Woolverton, Esq.
c/o Millsap & Singer, LLC
VIA ECF   bkty@msfirm.com

West Creek
4951 Lake Brook Dr Ste 350
Glen Allen VA 23060

XTRA LEASE
P O BOX 219562
KANSAS CITY MO 64121-9562

Fred Macke, Jr.
425 Walnut Street
Cincinnati OH 45202

David Ostoich
Colliers International
200 Public Square
Cleveland, OH 44114

Robert Pritz
DTZ
3650 Park 42 Drive
Cincinnati, OH 45241
robert.pritz@cushwake.com

New Port Richey Development
c/o Chase Properties
ATTN: David Eli, General Counsel
3333 Richmond Rd, Suite: 320
Beachwood OH 44122 VIA EMAIL
deli@chaseprop.com

Randall Calhoun
Willow Oak LLC
1190 Wilderness Dr.
Cropwell AL 35054
rwcalhoun@lightingandlamp.com

AMEX [merchant services]
P O Box 1981
Culpeper, VA  22701

Capital Jet Center, Charleston, WV
100 Airport Road
Suite 165
Charleston, WV  25311

Cloud Bakers
600 W Van Buren Street
Suite 603
Chicago, IL  60607

EcUtopia
9089 Clairmont Mesa Blvd
Suite 210
San Diego, CA  92123

ZOHO
4141 Hacienda Drive
Pleasanton CA 94588

Danny Brown
Brown Family Enterprises
P.O. Box 72658
Louisville KY 40272

Ashley Seasly
Polaris Centers of Commerce/ NP Limited Partnership
8800 Lyra Drive Suite 650
Columbus, OH 43240
Email: ashley.seasly@colliers.com

Kim Hodge
Interstate Development
2151 Volunteer Parkway
Bristol TN 37620
kimh@ira-realty.com

Larry F. Hinton
BGP ECKSTEIN, LLC
P. O. Box 4000
Bowling Green KY 42120
tiffany@rjhp-law.com

David Goodman
Capital Properties Management Ltd
12929 Shaker Boulevard
Cleveland OH  44120
goodman@cpm-ltd.com

BB&T
P O BOX  698
Wilson, MC  27894

CEB, now Gartner
3393 Collections Center Drive
Chicago, IL  60693

Comcast
P O BOX 530098
Atlanta, GA  30353

eQuest Corp
5105 North Troost Avenue
Kansas City, MO  64118

Stafford Drive Associates
Peter Yeskel
PO Box 1449
Boynton Beach FL 33425
pyes161@gmail.com

Steve Hess
Kohr Royer Griffith Inc
1480 Dublin Road
Columbus OH  43215

Robert Priest
REI Equity Partners
219 Scott Street, Suite: 159
Beaufort SC 29902

Anne Kenzig
Zarcal Delaware,  LLC
14600 Detroit Ave #1500
Lakewood OH 44107
Via Email: akenzig@zarembagroup.com

Jim Stadler
Bellevue Properties, LP
3309 Fairmont Drive
Nashville TN 37203
VIA ECF: Joseph P. Rusnak, Esq.
Jrusnak@tewlawfirm.co

Gehad Hadidi
7155 Aurora Road, LLC
1349 S. Rochester Road
Rochester Hills, MI 48307
Via ECF: jbrice@wyattfirm.com

Brown Edwards
707 Virginia Street E
Suite 150
Charleston, WV  25301

The Charter Oak Fire Insurance Company
Commercial Insurance Company
340 MacCorkle Avenue
Suite 200
Charleston, WV  25314

Country View Appraisals, LLC
P O Box 202
Dryford, WV  26263

eRetail Business Solutions, Inc.
5173 Waring Road
Suite 122
San Diego, CA  92120

GBS Warranty Services, LLC
9240 Prototype Drive
Reno, NV  89521

Goldman Associates, Inc
1014 Bridge Road
P O BOX 271
Charleston, WV  25321

GoodBed.com
REVV Media
1459 18th Street. #273
San Francisco, CA  94107

iHeartMedia (Active Media Services Inc.) – Matt Jones
3964 Collection Center Drive
Chicago, IL  60693

Intergrity One/
DeLage Landen Financial Services
DeLage Landen
P O Box 41602
Philadelphia, PA  19101

JAB Distributors dba Protect-A-Bed
Protect a Bed
75 Remittance Drive
Suite 3005
Chicago, IL  60675

JMIS Kentucky, LLC [UK Athletics]
P O Box 645388
Cincinnati, OH  45264